**Malcolm BOARTFIELD,
et al., Plaintiffs,**

**Helen Cleveland, Plaintiff–Appellant,**

v.

**TOWERS PERRIN FORSTER
CROSBY, INC., d.b.a. Towers
Perrin, Defendant–Appellee.**

**No. 05–15962
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 27, 2006.

James L. Ford, Ford & Barnhart, LLP, Atlanta, GA, for Plaintiff–Appellant.

Patricia G. Griffith, Ford & Harrison, Atlanta, GA, Barry J. Reingold, Perkins Coie LLP, Washington, DC, for Defendant–Appellee.

Before CARNES, PRYOR and FAY, Circuit Judges.

PER CURIAM:

The ruling awarding attorney fees to the appellee is affirmed based upon the reasons set forth in the ORDER of the district court entered on September 27, 2005, which is fully supported by the record.

AFFIRMED.